## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA WIRT, <br><br> Plaintiff, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-4949 |

**DEFENDANT VEEVA SYSTEMS, INC.'S ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF ALANA WIRT'S COMPLAINT**

Defendant Veeva Systems, Inc. ("Veeva"), by way of Answer to Plaintiff Alana Wirt's ("Plaintiff") Complaint, states as follows:

**Preliminary Statement**

1. Veeva denies the allegations in Paragraph 1.

2. Veeva admits the Complaint purports to state claims under the statutes cited in Paragraph 2, but denies any wrongdoing and denies that it violated any of the statutes cited in Paragraph 2.

**Jurisdiction and Venue**

3. The allegations in Paragraph 3 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva denies the allegations in Paragraph 3.

4. The allegations in Paragraph 4 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva denies the allegations in Paragraph 4.

5. The allegations in Paragraph 5 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva lacks sufficient information or knowledge to admit or

1

deny the allegations in Paragraph 5 because Plaintiff failed to attach the purported Notice of Right to Sue to her Complaint.

## Parties

6. Veeva admits the allegations in Paragraph 6.

7. Veeva admits the allegations in Paragraph 7.

8. Veeva denies the allegations in Paragraph 8.

9. The allegations in Paragraph 9 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva denies the allegations in Paragraph 9.

## Statement of Facts

10. Veeva admits the allegations in Paragraph 10.

11. Veeva admits that Plaintiff held the positions of Account Executive and Account Partner throughout her employment with Veeva. Veeva denies the remaining allegations in Paragraph 11.

12. Veeva admits the allegations in Paragraph 12.

13. Veeva denies the allegations in Paragraph 13.

14. Veeva denies the allegations in Paragraph 14.

15. Veeva denies the allegations in Paragraph 15.

16. Veeva lacks sufficient information or knowledge to admit the allegations in Paragraph 16 with respect to Plaintiff's alleged medical condition. The remaining allegations in Paragraph 16 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva denies the allegations in Paragraph 16.

17. Veeva admits that, in or around January 2022, Plaintiff informed Veeva that she allegedly had Hashimoto's Thyroiditis and therefore requested an exemption to Veeva's COVID-19

vaccination protocol. The remaining allegations in Paragraph 17 state a legal conclusion to which no response is required. To the extent that a response is required, Veeva denies the allegations in Paragraph 17.

18. Veeva denies the allegations in Paragraph 18.

19. Veeva denies the allegations in Paragraph 19.

20. Veeva admits that, in or around February 2023, Plaintiff began reporting to Abbe MacBeth. Veeva denies the remaining allegations in Paragraph 20.

21. Veeva denies the allegations in Paragraph 21.

22. Veeva denies the allegations in Paragraph 22.

23. Veeva denies the allegations in Paragraph 23.

24. Veeva denies the allegations in Paragraph 24.

25. Veeva denies the allegations in Paragraph 25.

### Count I
### ADA – Disability Discrimination, Failure to Accommodate

26. Veeva repeats and re-alleges all aforementioned responses as if fully set forth herein.

27. Veeva denies the allegations in Paragraph 27.

28. Veeva denies the allegations in Paragraph 28.

29. Veeva denies the allegations in Paragraph 29.

### Count II
### Title VII – Sex Discrimination

30. Veeva repeats and re-alleges all aforementioned responses as if fully set forth herein.

31. Veeva denies the allegations in Paragraph 31.

32. Veeva denies the allegations in Paragraph 32.

33. Veeva denies the allegations in Paragraph 33.

## Count III
**<u>PHRA – Disability Discrimination, Sex Discrimination, Failure to Accommodate</u>**

34. Veeva repeats and re-alleges all aforementioned responses as if fully set forth herein.

35. Veeva denies the allegations in Paragraph 35.

36. Veeva denies the allegations in Paragraph 36.

37. Veeva denies the allegations in Paragraph 37.

## **<u>Prayer for Relief</u>**

38. Veeva denies Plaintiff is entitled to any relief.

**Affirmative Defenses**

**First Affirmative Defense**

The Complaint fails to state a claim for which relief may be granted.

**Second Affirmative Defense**

The Complaint is barred, in whole or in part, by the doctrines of waiver, laches, estoppel, and/or unclean hands.

**Third Affirmative Defense**

At all times relevant to this Complaint, Veeva complied with all applicable statutes, laws, regulations, and standards.

**Fourth Affirmative Defense**

Plaintiff has failed to mitigate the damage, if any, that she has allegedly sustained and failed to exercise reasonable care to avoid the consequences of harms, if any, by, among other things, failing to use reasonable diligence, failing to use reasonable means to prevent aggravation of any injury, and failing to take reasonable precautions to reduce any injury and damage.

**Fifth Affirmative Defense**

Plaintiff's alleged damages, losses, and/or injuries were not proximately caused by any act or omission of Veeva.

**Sixth Affirmative Defense**

Plaintiff's claims are barred, in whole or in part, by the applicable statutes of limitations and/or repose.

**Seventh Affirmative Defense**

Veeva acted reasonably and in good faith based on all relevant facts and circumstances known by Veeva at the time it so acted.

### Eighth Affirmative Defense

Plaintiff's damages, if any, must be reduced by the amount of any payments made to Plaintiff by any collateral sources

### Ninth Affirmative Defense

If Plaintiff suffered damages, the same were caused by Plaintiff's own acts and/or omissions.

### Tenth Affirmative Defense

Plaintiff's claims are barred by the doctrine of avoidable consequences.

### Eleventh Affirmative Defense

Veeva will rely upon any and all other further defenses which become available or appear during discovery proceedings in this action and hereby specifically reserves the right to amend its Answer to the Complaint for the purposes of asserting any such additional affirmative defenses.

**WHEREFORE**, Veeva demands judgment against Plaintiff:

a. Dismissing Plaintiff's Complaint with prejudice;

b. Awarding Veeva attorneys' fees and costs; and

c. Awarding Veeva such other and further relief as this Court deems just and proper.

Dated: March 11, 2024					Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/   Molly E. Flynn*
Molly E. Flynn
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Phone: 445-201-8910
Fax: 445-201-8901
Molly.Flynn@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed Defendant Veeva Systems Inc.'s Answer with Affirmative Defenses using the Court's CM/ECF system on March 11, 2024 and that it is available for viewing and downloading from the ECF System. A true and correct copies was served on all counsel of record for all parties via electronic notification from the ECF System.

*/s/   Molly E. Flynn*
Molly E. Flynn (PA ID No. 205593)