UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALANA WIRT, <br><br> Plaintiff, <br><br> v. <br><br> VEEVA SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:23-cv-4949 |

**DEFENDANT VEEVA SYSTEMS, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Veeva Systems, Inc., by and through the undersigned counsel, hereby makes the following disclosures:

Veeva Systems, Inc. is a Delaware corporation with its principal place of business in California. Therefore, it is a citizen of Delaware and California. Veeva Systems, Inc. is a publicly traded corporation, and no corporation holds 10% or more of its stock.

Dated: March 11, 2024

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/   Molly E. Flynn*
Molly E. Flynn
1717 Arch Street, Suite 4900
Philadelphia, PA 19103
Phone: 445-201-8910
Fax: 445-201-8901
Molly.Flynn@btlaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed Defendant Veeva Systems Inc.'s Rule 7.1 Corporate Disclosure Statement using the Court's CM/ECF system on March 11, 2024 and that it is available for viewing and downloading from the ECF System.  A true and correct copies was served on all counsel of record for all parties via electronic notification from the ECF System.

*/s/   Molly E. Flynn*
Molly E. Flynn (PA ID No. 205593)
