# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALANA WIRT** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-4949 |
| | : | |
| **VEEVA SYSTEMS, INC.** | : | |

## ORDER

This 29th day of May, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 19, is **GRANTED**.

The Clerk of Court is requested to mark this case **CLOSED** for administrative purposes.

 /s/ Gerald Austin McHugh
United States District Judge